ACCEPTED
04-15-00617-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/23/2015 3:55:30 PM
KEITH HOTTLE
CLERK

Richey Gentry
Official Court Reporter
81st District Court
265 PR 4661
Castroville, Texas 78009


October 21, 2015


INVOICE TO:
Mr. Sameer Mandke
Gilbert Mandke, PLLC
10100 Kleckley #15-B
Houston, Texas 77075


   In Re: Cause No. 14-08-00144-CVL, Mountain Laurel Minerals, LLC, Plaintiffs v. Mustang Minerals, LLC,. Defendants; Hearing held on September 2, 2015 in the 81st District Court of Atascosa County, Texas.


Preparation of the Reporter's Record:        $130.00


                    T H A N K    Y O U